No. 98–5864. STRICKLER *v.* GREENE, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following questions:

"1. Whether the State violated *Brady* v. *Maryland*, 373 U. S. 83 (1963), and its progeny? 2. If so, whether the State's nondisclosure of exculpatory evidence and the State's representation that its open file contained all *Brady* material establishes the requisite 'cause' for failing to raise a *Brady* claim in state proceedings? 3. Whether petitioner was prejudiced by nondisclosure?"